UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

DONNA KAY STUBBLEFIELD, )
Administrator CTA of the Estate of )
Billie Jean Rhoton, Deceased, )
and EXECUTRIX of the Estate of )
LORI COTTON, Deceased )
)
Plaintiff, )
) NO. 2:14-CV-297
vs. )
)
STATE FARM FIRE AND CASULATY )
COMPANY, )
)
Defendant. )

## STIPULATION OF DISMISSAL

Come the parties, by and through their respective attorneys, and inform the Court that the parties stipulate that this cause is to be dismissed with prejudice with each party to bear their own costs.

This 2nd day of December, 2016.

        *s/William E. Phillips*
        William E. Phillips
        *Attorney for the Plaintiff*
        Phillips & Hale
        210 East Main Street
        Rogersville, TN 37857

        *e/Russell E. Revier*
        Russell E. Reviere
        Attorney for Defendant
        P. O. Box 1147
        Jackson, TN 38302