UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

DONNA KAY STUBBLEFIELD, ET AL )
)
V. ) NO. 2:14-CV-297
)
STATE FARM FIRE AND CASUALTY )
COMPANY )

ORDER

The parties have filed a Stipulation of Dismissal [Doc. 89]. In accordance therewith, the case is DISMISSED WITH PREJUDICE, with each party to bear their own costs.

SO ORDERED:

                                                 s/ Clifton L. Corker
                                                 UNITED STATES MAGISTRATE JUDGE